**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ANAYA RAMIREZ, | No. C 10-197 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MATTHEW CATE,<br>Secretary of CDCR, | |
| Respondent. / | |

This action is dismissed because the petition was not filed before the expiration of the habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 10, 2010

_____
SUSAN ILLSTON
United States District Judge